UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| L.P., an infant, by his guardian ad litem, AMARILIS NUNEZ; G.B., an infant, by her guardian ad litem, SILVIA BENITEZ; S.P, an infant, by her guardian ad litem, MARCELINA PINTOR,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF CAMDEN BOARD OF EDUCATION, et al.,<br><br>        Defendants. | Civil No. 12-6889 (NLH/KMW)<br><br>**ORDER** |

**HILLMAN, District Judge**

    This matter having come before the Court by way of Plaintiffs' motion [Doc. No. 12] for default judgment; and

    The parties having submitted a consent order to the Court by letter dated March 6, 2013 seeking to vacate the Clerk's entry of default as to all Defendants and extending Defendants' time to answer the complaint; and

    The Court having entered the parties' consent order on March 11, 2013; and

    The Court finding that Plaintiffs' motion for default judgment is now moot in light of the March 11, 2013 consent order; and for good cause shown.

    IT IS on this __11th__ day of __March__ 2013, hereby

**ORDERED** that Plaintiffs' motion [Doc. No. 12] for default judgment shall be, and hereby is, **DENIED AS MOOT**.


At Camden, New Jersey

       s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.